UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:26-cr-00063-TWP-MJD |
| | ) | |
| EVERETT POWELL, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**ORDER DENYING MOTION TO MODIFY TRAVEL RESTRICTIONS**

This matter is before the Court on Defendant Everett Powell's *pro se* Motion for Temporary Modification of Travel Restrictions to Travel to Penn State University for School Visit (Dkt. 55). For the following reasons, Mr. Powell's *pro se* Motion to Travel to Penn State for School Visit, Dkt. [55] is **DENIED.**

Mr. Powell is charged by Indictment with five counts of Wire Fraud and one count of Money Laundering. (Dkt. 1). The Indictment charges that Mr. Powell allegedly received more than $1.5 million as his share of funds stolen from government programs designed to provide financial assistance during the COVID-19 pandemic; and he allegedly laundered at least $690,000.00. Mr. Powell's pretrial services report asserts that he poses a risk of nonappearance as he lacks verifiable, legitimate employment and he reports living at his present address only since April 28, 2026. (Dkt. 22 at 3). To reasonably assure the defendant's appearance, the condition of travel restricted to this district unless approved was recommended, *id*., and subsequently Ordered by the Court.

In his first request for permission to travel, Mr. Powell stated that has been diagnosed with Post Traumatic Stress Disorder, anxiety and depression and he requested permission to travel to Santo Domingo, Dominican Republic from June 10, 2026-July 13, 2026 to receive services for

veterans who have PTSD. (Dkt. 32). The Government opposed the motion and that request was denied, in part because mental health services can be secured locally.[1]

Mr. Powell next filed a Motion to Modify Conditions of Release by removing the travel restriction, because his nephew, E.H. is a talented athlete being recruited for collegiate football programs, and no one else in the family is available to accompany his nephew to college visits. (Dkt. 47). The Government opposed the Motion, raising the risk of flight, and noted that college visits do not present the urgent and exceptional circumstances for which courts typically allow travel unrestricted, while on pretrial release. (Dkt. 48). The Probation officer also had concerns. (Dkt. 47 at 2). The Court agreed and that Motion was denied. (Dkt. 50).

In the present motion, (Dkt. 55), Mr. Powell *pro se*, writes that "[t]he travel restrictions disrupt Mr. Powell's family responsibilities and increase stress during this already vulnerable time" and he admits that "Mr. Powell comes to these proceedings as a mentally fragile individual." (Dkt. 54-1 at 9). In addition, Mr. Powell has raised concerns with his present counsel and seeks "new counsel" and his counsel has moved to withdraw his appearance. (*See* Dkts. 54 and 56). Mr. Powell's mental health condition, fragile status, and the status of his representation need to be addressed before he is allowed to travel.[2]

Finally, Mr. Powell is presently represented by counsel, and all motions on his behalf should be filed by his attorney.

For all these reasons, Mr. Powell's *pro se* Motion for Temporary Modification of Travel Restrictions to Travel to Penn State University for School Visit, Dkt. [55] is **DENIED**.

---

[1] At his detention hearing, Mr. Powell reported attending mental health therapy sessions at the Hamilton Center once every 90 days. (See Dkt. 22).

[2] When considering conditions of pretrial release, courts evaluate a defendant's mental health to assess public safety, flight risk, and the likelihood of court appearance. (18 U.S.C § 3142).

**IT IS SO ORDERED.**

Date: November 12, 2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Adam Eakman
DOJ-USAO
adam.eakman@usdoj.gov

James A. Edgar
J. EDGAR LAW OFFICES, PC.
jedgarlawyer@gmail.com

Everett Powell
8830 Blooming Grove Drive
Camby, IN 46113

Electronic Notice to USPO